UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETE HERNANDEZ VASQUEZ,<br><br>             Plaintiff,<br><br>       v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>             Defendant. | Case No.: 1:13-cv-01519- JLT<br><br>ORDER GRANTING EXTENSION OF TIME<br><br>(Doc. 12) |

On May 20, 2014, the parties stipulated for Plaintiff to have an extension of time to file an opening brief. (Doc. 12.) Notably, the Scheduling Order permits a single thirty-day extension by the stipulation of parties (Doc. 5 at 4), and this is the first extension requested. Thus, an extension of thirty days is appropriate.

Accordingly, **IT IS HEREBY ORDERED**:

1. The extension of time is **GRANTED**;

2. Plaintiff **SHALL** file an opening brief on or before **June 20, 2014**.

IT IS SO ORDERED.

Dated:   **May 20, 2014**         /s/ Jennifer L. Thurston
                                    UNITED STATES MAGISTRATE JUDGE

1