UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETE HERNANDEZ VASQUEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No.: 1:13-cv-01519 - JLT<br><br>ORDER TO PLAINTIFF TO SHOW CAUSE WHY THE ACTION SHOULD NOT BE DISMISSED FOR HIS FAILURE TO PROSECUTE AND FAILURE TO COMPLY WITH THE COURT'S ORDER |

　　　　On May 20, 2014, the parties stipulated for Plaintiff Pete Hernandez Vasquez ("Plaintiff") to have an extension of time to file an opening brief in this action. (Doc. 12.)  Accordingly, the Court ordered Plaintiff to "file an opening brief on or before **June 20, 2014**." (Doc. 13, emphasis in original). To date, Plaintiff has failed to file an opening brief in compliance with the Court's order, or take any further action to prosecute the matter.

　　　　The Local Rules, corresponding with Fed. R. Civ. P. 11, provide: "Failure of counsel or of a party to comply with . . . any order of the Court may be grounds for the imposition by the Court of any and all sanctions . . . within the inherent power of the Court." Local Rule 110.  "District courts have inherent power to control their dockets," and in exercising that power, a court may impose sanctions including dismissal of an action. *Thompson v. Housing Authority of Los Angeles*, 782 F.2d 829, 831 (9th Cir. 1986).  A court may dismiss an action with prejudice, based on a party's failure to prosecute an action or failure to obey a court order, or failure to comply with local rules.  *See, e.g. Ferdik v.*

1 *Bonzelet*, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (dismissal for failure to comply with an order); *Malone v. U.S. Postal Service*, 833 F.2d 128, 130 (9th Cir. 1987) (dismissal for failure to comply with a court order); *Henderson v. Duncan*, 779 F.2d 1421, 1424 (9th Cir. 1986) (dismissal for failure to prosecute and to comply with local rules).

Accordingly, Plaintiff is **ORDERED** to show why the action should not be dismissed for his failure to prosecute and failure comply with the Court's order or, in the alternative, to file an opening brief **no later than July 7, 2014**.

IT IS SO ORDERED.

Dated:   **June 25, 2014**          **/s/ Jennifer L. Thurston**
                                    UNITED STATES MAGISTRATE JUDGE